UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| JOSE J. DAVILA TRAVIESO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-CV-40-WOB |
| | ) | |
| v. | ) | |
| | ) | **DEFICIENCY ORDER** |
| ST. ELIZAEBTH HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Plaintiff Jose J. Davila Travieso lists his address as P.O. Box 122313, Covington, Kentucky, 41012-2313. Proceeding without an attorney, Travieso has submitted a one-page document, in which he states his desire to file a lawsuit under the Civil Rights Act, asserting claims of "Perjuries and Damages" against the St. Elizabeth Hospital in Edgewood, Kentucky. [R. 2] Travieso also attaches a letter, dated January 26, 2015, addressed to him from the Department of Human Health Services, Office for Civil Rights ("OCR"). [R. 2-2, pp. 1-2] In that the letter, the OCR stated that it was reviewing Travieso's correspondence to determine whether it "…has authority and is able to take action with respect to the matters you have raised." [*Id*., p. 1]

Travieso will be directed to complete, sign, and file a standard complaint form which sufficiently describes the facts and his legal claims against the named defendant. The Clerk of the Court will provide Travieso with the E.D. Ky. Form 520 (complaint form), which he must file within 28 days of the date of entry of this Deficiency Order. A

district court can require *pro se* litigants to use its pre-approved forms. *Santiago v. Crews*, No. 3:10CV–P131–S, 2010 WL 2960741 (W.D. Ky. July 26, 2010) (citing *Daily v. Municipality of Adams County*, 117 F. App'x 669, 672 (10th Cir. 2004)).

Accordingly, **IT IS ORDERED** as follows:

(1)   The Clerk of the court shall mark the assigned case number on the E.D. Ky. Form 520 (complaint form) and send it to Plaintiff Jose J. Davila Travieso.

(2)   Within 28 days of the date of entry of this Deficiency Order, Travieso must complete, sign, and file the completed E.D. Ky. Form 520.

(3)   If Travieso fails to submit the E.D. Ky. Form 520 within the 28-day time-period, the Court will dismiss this action for want of prosecution.

(4)   Travieso must inform the Clerk of the Court of any change of his mailing address.  Failure to do so may result in the dismissal of this action.

(5)   The Clerk of the court shall submit the E.D. Ky. Form 520 or expiration of the 28-day compliance time, whichever occurs first.

This April 14, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge